# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 3, 2025

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re:  Wes Allen, Alabama Secretary of State, et al.
           v. Marcus Caster, et al.
           No. 25-243
           (Your No. 25-11915, 25-12802)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 26, 2025 and placed on the docket September 3, 2025 as No. 25-243.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst